AEE

**FILED**
**FEBRUARY 20, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**08 C 1049**

| In the Matter of | Case Number: |
|---|---|
| Elaine L. Chao, Secretary of Labor, United States Department of Labor, v. Manaves Enterprises, Inc., a Corporation, Doing Business As Dappers Family Restaurant; and Val G. Manaves, an Individual. | **JUDGE MORAN**<br>**MAGISTRATE JUDGE ASHMAN** |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Elaine L. Chao, Secretary of Labor, United States Department of Labor

| | |
|---|---|
| NAME (Type or print)<br>Karen L. Mansfield | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Karen L. Mansfield | |
| FIRM<br>United States Department of Labor, Office of the Solicitor | |
| STREET ADDRESS<br>230 South Dearborn Street, 8th Floor | |
| CITY/STATE/ZIP<br>Chicago, Illinois  60604 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>1756508 | TELEPHONE NUMBER<br>312-353-1216 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |