**<u>CERTIFICATE OF SERVICE</u>**

       This is to certify that one (1) copy of the foregoing Attorney Appearance Form has been served on the below-named individuals this 27th day of March, 2008, by sending said copy by first-class mail, to:

           Harry J. Secaras, Esq.
           Pappas & Schnell, PC
           1617 Second Avenue, Suite 300
           P.O. Box 5408
           Rock Island, Illinois 61204-5408

               s/Leonard A. Grossman
              **LEONARD A GROSSMAN**
              Attorney

              United States Department of Labor
                 One of the Attorneys for
                    Complainant